

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00148-CR

| | | |
|---|---|---|
| Kyle Christopher HowardJohnson | § | From the 371st District Court |
| | § | of Tarrant County (1370580D) |
| v. | § | December 3, 2015 |
| | § | Opinion by Chief Justice Livingston |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the requirement that Kyle Christopher HowardJohnson pay restitution of $500. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Terrie Livingston
    Chief Justice Terrie Livingston